```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 22119
TARA AGTARAP
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK
         Debtor
    SSN XXX-XX-3574
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/27/07 and confirmed on 02/06/08.

   2.  The case was converted to Chapter 7 after confirmation, 04/10/2008.

   3.  The Debtor paid a total of $   2460.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | 1296.40 | 4.51 | 959.21 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| MCYDSNB | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1296.40 | .00 | .00 | .00 | 1296.40 |
| PRINCIPAL PAID | 959.21 | .00 | .00 | .00 | 959.21 |
| INTEREST PAID | 4.51 | .00 | .00 | .00 | 4.51 |
| TOTAL PAID | 963.72 | .00 | .00 | .00 | 963.72 |

The Debtor's attorney, KONSTANTINE T SPARAGIS       , was allowed $   3500.00
and was paid $   1357.79 .

The Trustee received $    138.49 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 07/23/08                    /s/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE

                          PAGE  2
        CASE NO. 07 B 22119 TARA AGTARAP